

--------------------------------

US District Court Judge Nancy G. Edmunds

231 W. Lafayette Blvd.,

Room 805, Detroit, MI 48226

------------------------------------------------

<u>Re: Sarmad Rafi; Case Num. 2:25-cr-20224-NGE-DRG</u>

**To the Honorable Judge**,

 I am writing this letter to provide a personal and family character reference for **Sarmad Rafi** in relation to the case currently before the court. My name is **Mohammad Rafi**, and I am the father of **Sarmad Rafi**.

I am a poet, author, social activist, and philanthropist. Following in my footsteps, **Sarmad** has been writing and reciting poetry in literary circles since he was 13 years old. **Sarmad** also developed an extreme passion for taking part in federal and provincial politics. He has been the youngest member of the Conservative Party of Canada and has access to the Ontario Premier and other national politicians.

As a hobby, **Sarmad** chose the shooting competitions and became president of the Western University shooting club where he raised funds for charity and was dedicated to building a responsible and educated community. Under his leadership, the club coordinated donations to veterans' organizations and local shooting ranges, as well as organized and reimbursed dozens of students for Canadian Firearms Safety Courses and Canadian Restricted Firearms Safety Courses.

**Sarmad** made a huge error when he tried to purchase and bring back firearm-related articles without disclosing them at US customs. He has always been transparent about his collections along with firearm licenses and related insurance documents and has never done anything like this before. **Sarmad** made a poor judgment when he neglected that as

president of the Western Firearms Association, he had dedicated his time to fostering the community through legal and responsible firearms education.

I humbly request the honorable court to please consider his time spent in custody and his full unwavering cooperation during the entire endeavor when deciding how to move forward. **Sarmad** has already paid dearly for his actions, losing an important medical semester in his 3rd year university studies, as well as losing precious time with family and friends. He has expressed extreme remorse of his doings and wishes to be given a chance to correct his actions and carry this lesson through to future endeavors. It is surely in the hands of the honorable court to give **Sarmad** another chance, as he has a bright and positive aim for his future that could be significantly affected by the decision for the rest of his life. Thank you deeply for your consideration.

**Sincerely,**

**Mohammad Rafi**

**From:** **RAFI** rafiraza@yahoo.com
**Subject:** Forwarding a Letter from Literary Organization (FOTH) for SARMAD
**Date:** June 27, 2025 at 8:47 PM
**To:** Zack Glaza zack@glazalaw.com

R

To The,

US District Court Judge Nancy G. Edmunds

231 W. Lafayette Blvd., Room 805

Detroit, MI 48226

---------------------------------

Re: Sarmad Rafi; Case Num. 2:25-cr-20224-NGE-DRG


Dear Honorable Judge Edmunds,

My name is Pervaiz Salahuddin, and I am the organizer of FOTH, a literary organization based in Toronto, Canada. I have known Sarmad Rafi since his early age. Sarmad would often accompany his father, Mohammad Rafi, an accomplished writer and poet to our FOTH literary gatherings. At the tender age of 14, Sarmad began presenting his own poetry in our sessions.

Sarmad's poetry often reflects a philosophical stance toward life, showcasing his depth and intellect. The last time I spoke to him, I was excited to hear that he plans to publish his own book of poetry, and I assured him that FOTH would celebrate the inauguration of his work. He is a trustworthy and intelligent young man, deeply engaged with both local and geopolitical matters.

However, I learned in February that Sarmad made a grave mistake by failing to declare certain firearm-related items at the border, leading to federal charges against him. This behavior is entirely inconsistent with the character of the young man I have known for the last 15 years; it does not align with the values expressed in his poetry.

Sarmad has committed a significant error that could jeopardize his promising future in many aspects, from education to potential involvement in politics. This situation is not only devastating for him but also for his family and friends. I respectfully request that the court consider the time he has served in captivity as part of his punishment.

consider the time he has served in captivity as part of his punishment, allowing him the opportunity to learn from this incident and work towards a brighter future.

Thank you for your consideration.

Sincerely,

Pervaiz Salahuddin (<sub>foth@rogers.com</sub> )

**Event Coordinator,**

**(F.O.T.H.)** is a group of creative people, writers, journalists, students, artists, singers, poets, scientists, freethinkers and people

██████████████

████████████████

Phone: 1-416-728-7185

---

 █████████████



June 23, 2025

US District Court Judge Nancy G. Edmunds
231 W. Lafayette Blvd
Room 805 Detroit, MI 48226

Re: Sarmad Rafi; Case Num. 2:25-cr-20224-NGE-DRG

Dear Judge Edmunds,

I hope this letter finds you well. My name is Maha Tariq, I am writing to you as the older sister of Sarmad Rafi. I am currently employed as a Business Intelligence Analyst at TD Bank in Toronto, a position I have held since December of last year. Previously, I worked as a Project Coordinator at McMaster University within Facilities Management for three years.

Your Honor, I am writing to respectfully request your consideration of leniency in my 21 year old brother's sentencing. With the approval of his attorney, I have included images towards the end of this letter that I believe help support the merit and context behind my words. Conveying who Sarmad is as a person, his upbringing, current life and hopeful future.

When I received the phone call from TD HR advising me of an offer for a new role, the first person I phoned was my youngest brother. It was my brother who encouraged me to learn programming. I was nearing burn out in my previous position and always had an interest in computers, same with Sarmad. Growing up, our family was not financially secure (and in many ways still isn't), each year we moved to a new neighborhood, renting cramped basement apartments. Despite this, and often being the new kid each year. In grade 8, Sarmad won second place at the University of Waterloo Gauss Math contest. Then was awarded the Principal's Award for Student Leadership. In Grade 11, Sarmad was voted in as Minister of Technology for his Catholic High School's Student Council. He ended Grade 12 with being recognized as an Ontario Scholar.

With a full ride scholarship in his first year, Sarmad was admitted to Western University. Our family moved to London, Ontario, where our parents bought their second ever home at the ages of 60 and 61. Sarmad chose Psychology as his major (minoring in Health and Data Science) because in 2020, our family learned of our eldest sibling's Bilal's Schizophrenia diagnosis. Bilal, holds a B.A from University of Guelph in Criminology and Justice Studies. He met his lovely wife Anna in German class in their first year. My family is extremely fortunate to have Anna. I consider her my sister and not just SIL. They have three children, and live on Anna's family's Dairy Farm in rural Ontario (Markdale). They have since bought and renovated a local pizzeria that is now employing many people from their small town, and has won a myriad of local awards (I manage the Big Cheese Markdale Instagram).

Anna holds a Masters degree in Sociology and is a certified Teacher in Ontario. I mention Anna because, before she came into our lives, our family rarely discussed politics. Her family

are well known established members of their community (they also supply Dairy to Organic Meadow dairy company). They hold conservative views, and it was through that influence that Sarmad developed his interest in civic duty and political discourse.

Sarmad found a strong personal connection with Conservative values and their guiding philosophy. Even before university, he actively volunteered in grassroots efforts with the local Conservatives. He has personally knocked on thousands of doors, often after school or on weekends; I would frequently drive him to campaign in towns far from home, regardless of weather conditions. He even had the opportunity to meet and share meals with several prominent figures and national political leaders, including Pierre Poilievre, who was set to be Canada's next Prime Minister in the recent Federal Election, (on at least four separate occasions Sarmad has met Pierre). When he wasn't campaigning outdoors in the harsh elements, his commitment extended to administrative and analytical analyses. Sarmad was contracted to analyze shifting voter demographics using data science methods supporting the Conservative Party's outreach strategy.

Along with being a member of his Universities Schizophrenia Club, Sarmad is a member of the Psychology Association of Western, The Western Outdoors Club, and the Western Firearm Association. Sarmad has project managed and raised money for and organized countless charity drives, ongoing initiatives for these student-led organisations. On many occasions, Sarmad has paid out of his own pocket for these social club events, to be reimbursed at a later date. Such as AirPods, and Outdoor equipment to be won at raffles or to be used on club excursions. All of these esteemed Western organisations are actively following Sarmad as well on social media. This pattern of constructive leadership demonstrates Sarmad is well liked among his peers and showcases his influence, organizational, interpersonal judgment necessary to guide successful University programs.

Sarmad and his peers, like many of their young cohort, are passionate sport shooting enthusiasts who enjoy the hobby with a strong emphasis on safety, legality, and education. My brother has always gone out of his way to educate family and friends on firearm safety, proper handling, and respect for the law. His actions have always reflected responsibility, not recklessness. All of Sarmad's peers are extremely hard working, academic Gen Z, who espouse Conservative values and are respected individuals of their University.

Demonstrating his commitment to responsible citizenship and legal compliance, Sarmad voluntarily joined and supported multiple established firearm advocacy organizations in Canada, including the Canadian Coalition for Firearm Rights (CCFR) and the Canadian Shooting Sports Association (CSSA). Additionally, he earned membership in the Crumlin Sportsmen Association, a selective, members only sporting club that maintains rigorous membership standards.

These memberships reflect Sarmad's dedication to understanding and adhering to Canada's firearms regulations, as well as his commitment to promoting safe and responsible practices within the sporting community. His voluntary participation in these regulated organizations

demonstrates his respect for legal frameworks and his dedication to engaging with firearms in a lawful, responsible manner.

Since his first year of university, Sarmad has maintained consistent employment at Victoria Children's Hospital here in London, where he was selected to work as an intern through the Western Health Sciences program. Sarmad is in his third year now and would still have been employed at Victoria Hospital. In this role, he performed clerical roles in the Health Science Library, assisted postgraduate students and researchers with medical literature parsing, and managing inventory responsibilities on behalf of Western University.

Demonstrating his commitment to professional development, Sarmad independently pursued and funded his own Medical First Aid certifications through the well known St. John Ambulance program. In December of 2024, Sarmad earned a competitive work placement at St. Joseph Hospital, one of Canada's premier medical institutions, and was set to begin this Spring 2025. This patient-facing role at the Parkwood Institute would have involved direct interaction with medical staff and patients, coordinating and facilitating communication.

Your Honor, Sarmad's sense of responsibility extends beyond his professional commitments to his family's well-being. With both of our parents managing cardiac conditions, he took the initiative to research and personally purchase a sphygmomanometer (home blood pressure monitoring device), and consistently monitored their vital signs while ensuring their adherence to their healthcare regimens. His willingness to assume such responsibility at his young age demonstrates a maturity and selflessness that speaks to his fundamental character. Above all, I will say my brother is the kindest, sweetest in nature person I know. His kindness is the most powerful strength, gentle, and unforgettable. If I ever projected negativity about someone or a matter, Sarmad would correct me always and speak about logic and becoming a better person to rise above any discernments.

Sarmad is the type of person who would say hello to the elderly and has stopped mid sentence to run across the street to help senior citizens with their bags. I never understood the term "salt of the earth", until I realized that it wholeheardedly describes my brother. He is immediately well liked by anyone he meets. Sarmad has met my colleagues and can hold a conversation about any topic with ease, including world history, economics, but especially Political discourse. Sarmad is objectively knowledgeable and has taught me more about the world than anyone I know.

Sarmad is also deeply patriotic and holds a great admiration for the values and opportunities that the United States represents. He has long spoken of his desire to attend medical school in the US, particularly in states like Texas and Florida, which he reveres for their strong cultural identity, freedom of spirit, and Conservative governance approaches. He dreams of one day helping underserved veterans in these states suffering from unimaginable trauma. Building a legacy rooted in scientific research, servant leadership, and love for the United States.

Your Honor, even while in custody, Sarmad has demonstrated his commitment to education and personal growth by requesting his university textbooks, MCAT preparation materials,

Clinical Psychology graduate program texts, and Computer Science texts in Java, Python, and R programming languages.

With the assistance of his dear friend Joshua; a Computer Science student at Western University, Sarmad has prepared a course outline for once registration commences enrollment in the Fall 2025 semester. His academic schedule includes foundational Computer Science courses, Linear Algebra for Data Science, Calculus for Computer Science, programming courses in Java and Python, as well as his continuing Psychology major requirement courses et al.

Your Honor, this period of reflection has led Sarmad to articulate clear academic and career goals. He has expressed his intention to pursue dual studies in Data, CS and Medical Sciences, with the specific objective of entering postgraduate programs that integrate machine learning research with cognitive psychology. This focused academic plan indicates his intellectual capacity and commitment to building his future in a Medical Residency or Research field.

His dedication to continuing his education during this difficult time depicts a young man who is using this experience as an opportunity for self reflection and positive planning for his future contributions. If given the opportunity, any one of us, family, friends, or mentors would proudly step forward as surety for Sarmad. Standing behind his character with complete confidence. I respectfully ask that this matter not be viewed in isolation, but rather in light of the full scope of who he is: a young man whose life has been marked by civic engagement, academic discipline, and a deep sense of personal responsibility. Sarmad is only 21 years of age. He will turn 22 on July 23rd. Many share the world view that it is not too late to completely start over and that your 20's can be about unlearning, making room for your actual life to begin.

Sarmad made a serious and life-altering mistake in failing to properly declare sports shooting items at the border. While not an excuse, I believe part of his motivation stemmed from a deep desire to belong and be accepted by his young peers, something he struggled with growing up due to limited authentic friendships while living in lack. The items in question were intended solely for use by members of the Outdoors and Firearms Association at his university.

Sarmad fully understands the seriousness of his actions. The time he has spent in custody has deeply affected him, prompting sincere reflection on the choices that brought him to this junction. He has expressed overwhelming remorse, not just in words, but in the visible change in his demeanor. Hearing the anguished wailing cries of our Mother over the phone has left him depressed. On more than one occasion, he has quietly said, "please forgive me," and I've found myself at a loss for words, fearing that the vibrant, ambitious, and hopeful young man I know may begin to lose his spirit. Our Mother has been hospitalized twice since.

Your Honor,  I respectfully ask that this lapse be viewed within the broader context of his character. It is not representative of the principled, thoughtful, and hardworking person

Sarmad has always been. The track record presented here undeniably prove that Sarmad is respected by his elders, peers, has accrued tangible academic achievements, is verifiably intellectually gifted, and genuinely aspiring to become a Physician or Researcher in the US or Canada. He remains committed to taking full responsibility and growing from this experience. This will mark the most pivotal time in Sarmad's life.

If Your Honor finds it appropriate to allow Sarmad to return home, I know he will adhere to this opportunity with the utmost severe humility and accountability. Sarmad is committed to proving that your leniency was not misplaced. If permitted, he would be beyond lauded to follow up in one year's time to share the progress he has made, both personally and professionally, as a demonstration of his rehabilitation and continued growth. Sarmad is a curious and an abstract thinker. I know that if allowed to resume his Universities semester in the fall, he will continue to go on to build an acclaimed legacy from this regression. Research in developmental neuroscience indicates that Sarmad's prefrontal cortex, at age 21, has not yet reached full maturation, as studies demonstrate that brain development continues until approximately the mid-twenties (Arain et al., 2013; Steinberg, 2013). I know for certain that through his course work, he will atone these actions and serve our communities ten fold.

Your Honor, I am deeply grateful and forever indebted for your time and consideration in reading this letter. I understand the gravity of the situation and the weight of the decision before you. I have shared these details about Sarmad not to minimize this serious but isolated mistake, but to provide you with a full spectrum view of the young man who stands before your court. Throughout his formative years, Sarmad has exhibited traits that naturally drew others to seek his judgment. His Professors, peers, and community leaders have not only consistently placed him in positions of responsibility but have actively advocated for his potential and advancement into leadership roles.

I respectfully ask that you consider empirically the totality of Sarmad's conscientiousness, his demonstrated commitment to serving others, and his potential for continued uplifting contributions to science and civic society. Your Honor, I believe that with your guidance and consideration of leniency, this monumental experience will serve as a seismic profound learning opportunity and veritas ultimas second chance at a brilliant future.

In closing, I respectfully ask for Your Honor's leniency, not to excuse what has occurred, but to give a young man the chance to prove that this experience will repent for deeper responsibility and purpose. As Marcus Aurelius wrote in Meditations, "The impediment to action advances action. What stands in the way becomes the way." With your compassion and trust, I firmly believe Sarmad will turn this discrepancy into direct alignment with the path to a new beginning. This experience, difficult as it is, will only strengthen his resolve to grow into an emboldened, productive member of society. A one day, hopeful proud dual citizen of both the United States and Canada.

Thank you beyond measure for your service to the Justice system and for your thoughtful consideration of Sarmad's future. Please see below images, referenced in this letter:




A snippet from my Job offer Letter and Microsoft day pass for TD Bank.



Principal's Award for Student Leadership Plaque for Sarmad. Queenston Drive Public School.



Sarmads Gr. 11 Minister of Technology Coat for Student Council. Iona Catholic High School.





Our Mother, Sarmad and Anna Osthaus; our eldest sibling Bilal's wife, first meeting at UofG.



In the fall of 2023, in London, ON.



Sarmad, Bilal, Anna, our friend April, our nephew and nieces Daniel, Sophia, Emma and I during Sarmad's 21st birthday camping trip to Bruce Peninsula National Park, July 2024.

Sarmad is pictured top right corner. UWO Schizophrenia Club first social gathering. Sarmad joined this club to learn more about his Bilals diagnosis.



Anna and Bilal's Pizzeria, @bigcheesemarkdale. On the right, these are the UW clubs that follow Sarmad as well on Socials that he is an active member of.



Sarmad allocated time and resources to become St. John Ambulance Certified.  Below is an email snippet from CCFR. I had contacted them for guidance when we first learned of Sarmad's arrest.



Tracey Wilson <tracey.wilson@ccfr.ca>
to me, The ▾

Jan 31, 2025, 12:32 PM

My referral would be Solomon Friedman

███████████████████████████████

Tracey Wilson
VP, Public Relations, Registered Lobbyist
Canadian Coalition for Firearm Rights
PO Box 91572
RPO Mer Bleu
Ottawa, ON
K1W 0A6

███████████████████████████████



Sarmad with Ian Runkle, a well known Canadian Criminal Defence Attorney, advocating for Firearm rights in Canada. Ian has a popular following:

YouTube: @RunkleOfTheBailey █████████████████

Pictured below, Sarmad is with Pierre Poilevere who was set to be Canada's next Prime Minister, representing the Conservative Party of Canada. Also, one of Sarmad's many mentor's Ned Kuruc who is now a Member of Parliament in Stoney Creek, Ontario.





The books Sarmad requested while in custody; including Grad programs in Clinical Psych and Java texts. Unfortunately, prison systems limit the number of books to be sent to inmates:

| Item | | Qty | Price | Est. Delivery |
|---|---|---|---|---|
| | Thinking, Fast and Slow by Daniel Kahneman Paperback | 1 | $22.00 | 02/12/2025 |
| | A First Course in Statistical Programming with R by W. John Braun,Duncan J. Murdoch Paperback | 1 | $46.99 | 02/12/2025 |
| | Princeton Review MCAT Psychology and Sociology Review, 4th Edition: Complete Behavioral Sciences Content Prep + Practice Tests by The Princeton Review Paperback | 1 | $49.99 | 02/12/2025 |
| | Insider's Guide to Graduate Programs in Clinical and Counseling Psychology: 2024/2025 Edition by John C. Norcross PhD, ABPP,Michael A. Sayette PhD Paperback | 1 | $29.95 | 02/28/2025 |
| | python programming for beginners: The simplified beginner's guide to learn basics Python computer language, coding project, data science, data analytics and learn machine learning. Exercises inside. by Matthew Python Paperback | 1 | $15.25 | 02/28/2025 |



| Item | | Qty | Price | Est. Delivery |
|---|---|---|---|---|
| | Head First Java: A Brain-Friendly Guide<br>by Kathy Sierra,Bert Bates,Trisha Gee<br>Paperback | 1 | $79.99 | 04/03/2025 |
| | Python Crash Course, 3rd Edition: A Hands-On,<br>Project-Based Introduction to Programming<br>by Eric Matthes<br>Paperback | 1 | $49.99 | 04/03/2025 |

Snippets from Sarmad's transcripts (attached):

| HEALTSCI | 2711B | HEALTH ISSUES IN AGING | 0.50 | 0.50 | 091 |
|---|---|---|---|---|---|
| HEALTSCI | 2801A | RESEARCH METHODS IN HEALTH SCI | 0.50 | 0.50 | 080 |
| HISTORY | 2311G | UNITED STATES: 1865 TO PRESENT | 0.50 | 0.50 | 092 |
| PSYCHOL | 1002A | PSYCHOLOGY AS NATURAL SCIENCE | 0.50 | 0.50 | 088 |
| PSYCHOL | 1003B | PSYCHOLOGY AS A SOCIAL SCIENCE | 0.50 | 0.50 | 080 |
| PSYCHOL | 2070B | SOCIAL PSYCHOLOGY | 0.50 | 0.50 | 091 |
| Term Honor: | | Dean's Honor List | | | |
| PHILOSOP | 1020 | INTRO TO PHILOSOPHY | 1.00 | 1.00 | 092 |
| POLISCI | 1020E | INTRODUCTION TO POLI SCI | 1.00 | 1.00 | 082 |

Highlighting that in the course titled **United States: 1865 To Present**, Sarmad earned a 92 percent grade.

Thank you sincerely Judge Edmunds. For your time, consideration, and willingness to understand who my brother truly is. Thank you kindly.

Best wishes,

Maha Tariq

647 703 7765

**\*\*Western University Unofficial Transcript\*\***

**Student Name:  Sarmad  Rafi**

Print Date:                    2025/06/27
Basis of Admission
(SSP)        Ontario Secondary School Diploma 2021

### Beginning of Undergraduate Record

#### 2022 Fall/Winter

Program:                          Faculty of Health Sciences
Plan:                              Bachelor of Health Sciences Four Year Program
                                   Health Sciences

| Course | | Description | Attempted | Earned | Grade |
|---|---|---|---|---|---|
| BIOLOGY | 1001A | BIOLOGY FOR SCIENCE I | 0.50 | 0.50 | 075 |
| BIOLOGY | 1002B | BIOLOGY FOR SCIENCE II | 0.50 | 0.50 | 070 |
| CHEM | 1302B | DISCOVERING CHEMICAL ENERGETIC | 0.50 | 0.50 | 052 |
| HEALTSCI | 1001A | PERSONAL DETERMINANT OF HEALTH | 0.50 | 0.50 | 081 |
| HEALTSCI | 1002B | SOCIAL DETERMINANTS OF HEALTH | 0.50 | 0.50 | 089 |
| HEALTSCI | 1110A | RESILIENCE AND WELLBEING | 0.50 | 0.50 | 070 |
| PHILOSOP | 1020 | INTRO TO PHILOSOPHY | 1.00 | 1.00 | 092 |
| POLISCI | 1020E | INTRODUCTION TO POLI SCI | 1.00 | 1.00 | 082 |

#### 2023 Fall/Winter

Program:                          Faculty of Health Sciences
Plan:                              Bachelor of Health Sciences (4 Year)
Plan:                              Honours Specialization in Health Sciences
Plan:                              Minor in Psychology

| Course | | Description | Attempted | Earned | Grade |
|---|---|---|---|---|---|
| HEALTSCI | 2250A | HEALTH PROMOTION | 0.50 | 0.50 | 072 |
| HEALTSCI | 2300A | FUNCTIONAL HUMAN GROSS ANATOMY | 0.50 | 0.50 | 073 |
| HEALTSCI | 2610G | INTRO TO ETHICS & HEALTH | 0.50 | 0.50 | 080 |
| HEALTSCI | 2700A | HEALTH ISS IN CHILDHOOD ADOLES | 0.50 | 0.50 | 077 |
| HEALTSCI | 2711B | HEALTH ISSUES IN AGING | 0.50 | 0.50 | 091 |
| HEALTSCI | 2801A | RESEARCH METHODS IN HEALTH SCI | 0.50 | 0.50 | 080 |
| HISTORY | 2311G | UNITED STATES: 1865 TO PRESENT | 0.50 | 0.50 | 092 |
| PSYCHOL | 1002A | PSYCHOLOGY AS NATURAL SCIENCE | 0.50 | 0.50 | 088 |
| PSYCHOL | 1003B | PSYCHOLOGY AS A SOCIAL SCIENCE | 0.50 | 0.50 | 080 |
| PSYCHOL | 2070B | SOCIAL PSYCHOLOGY | 0.50 | 0.50 | 091 |

Term Honor:                       Dean's Honor List

#### 2024 Summer

Program:                          Faculty of Health Sciences
Plan:                              Bachelor of Health Sciences (4 Year)
Plan:                              Honours Specialization in Health Sciences
Plan:                              Minor in Psychology

| Course | | Description | Attempted | Earned | Grade |
|---|---|---|---|---|---|
| DATASCI | 1000A | DATA SCIENCE CONCEPTS | 0.50 | 0.50 | 091 |
| MATH | 1229A | METHODS OF MATRIX ALGEBRA | 0.50 | 0.50 | 095 |
| PSYCHOL | 2020A | DRUGS & BEHAVIOR | 0.50 | 0.50 | 091 |

#### 2024 Fall/Winter

Program:                          Faculty of Social Science
Plan:                              Bachelor of Arts Four Year Program
Plan:                              Major in Psychology
Plan:                              Minor in Health Sciences

**\*\*Western University Unofficial Transcript\*\***

**Student Name:  Sarmad  Rafi**

| Course | | Description | Attempted | Earned | Grade |
|--------|--|-------------|-----------|--------|-------|
| HEALTSCI | 2045B | EMERGING TRENDS IN HEALTH CARE | 0.00 | 0.00 | WDN |
| PSYCHOL | 2115A | INTRO SENSATION & PERCEPTION | 0.50 | 0.50 | 082 |
| PSYCHOL | 2135B | COGNITIVE PSYCHOLOGY | 0.00 | 0.00 | WDN |
| PSYCHOL | 2220A | INTRO BEHVRL & COGNTV NEUROSCI | 0.50 | 0.50 | 085 |
| PSYCHOL | 2310A | PSYCHOPATHOLOGY | 0.50 | 0.50 | 089 |
| PSYCHOL | 2660A | INTRO INDUST & ORGANZTNL PSYCH | 0.50 | 0.50 | 087 |
| PSYCHOL | 2802G | RESEARCH METHODS IN PSYCH II | 0.00 | 0.00 | WDN |
| PSYCHOL | 2811A | STATISTICS FOR PSYCHOLOGY I | 0.50 | 0.50 | 080 |
| PSYCHOL | 2812B | STATISTICS FOR PSYCHOLOGY II | 0.00 | 0.00 | WDN |
| PSYCHOL | 2990B | APPLICATIONS OF PSYCHOLOGY | 0.00 | 0.00 | WDN |

Term Honor:                      Dean's Honor List

**Scholarships and Grants**

2022               Western Admission Scholarship

End of \*\*Western University Unofficial Transcript\*\*

Ali Esmaeili



(519) 859-8819

June 29th, 2025

US District Court Judge Nancy G. Edmunds

231 W. Lafayette Blvd., Room 805

Detroit, MI 418226

Re: Sarmad Rafi; Case Num. 2:25-cr-20224-NGE-DRG

Dear Judge Edmunds,

I am writing to express my support for Sarmad Rafi, whom I first met and became friends with since I began studying at the University of Western Ontario in 2022. Over the span of three years, I have come to know him as someone I can definitively call a close friend. I hold great respect for his intelligence, warmth, and charisma. As someone new to London back in 2022, I found Sarmad to be incredibly welcoming. He was someone who, during orientation week, went out of his way to help me get acquainted with the city and was someone who I could rely on when I struggled with my first-year courses. Furthermore, as I was settling into London and had yet to find stable housing, Sarmad graciously offered me a place to stay during that period. Although I ultimately didn't need to take him up on his offer, it was a genuine gesture that reflected the generosity and kindness that Sarmad has.

I am aware that Sarmad is currently facing litigation in the United States related to allegations of smuggling goods. I first became aware of this situation when he contacted me from the United States, informing me about his detainment. In calls that followed, I chose not to press for details regarding the specifics of the situation but rather to offer Sarmad my support as a friend throughout this difficult time for him.

Regarding his character, I can say with confidence that Sarmad is one of the most charismatic and compassionate individuals that I have ever met. Such was especially clear during his time as president of the University of Western Ontario's Firearm Association, a sports shooting club with nearly 500 active members, which he led with passion, discipline, and commitment to the safety of all members. In addition, he was exceptionally studious; whenever I had questions about class material or needed tutoring, Sarmad was always someone I could rely on, as he would offer his help generously and without hesitation. My view of Sarmad is based not on passing impressions but on consistent experiences that reflect the quality of his character. He is someone who uplifts

those around him, offering support, concern, and comfort when it is most needed, traits that I have bear witnessed repeatedly throughout our friendship.

Though I understand the gravity of the charges faced against Sarmad, my impression of him remains high. I believe that his actions do not reflect the desire for any criminal purpose but rather derive from his passion for sports shooting. Accordingly, I hope the court will consider a sentence of time served or a term of imprisonment that allows Sarmad the opportunity for rehabilitation and return to his education.

Sincerely,
Ali Esmaeili

--------------------------------

US District Court Judge Nancy G. Edmunds

231 W. Lafayette Blvd., Room 805

Detroit, MI 48226

------------------------------------------------

## Re: Sarmad Rafi; Case Num. 2:25-cr-20224-NGE-DRG

Dear Judge Edmunds,

My name is Nick Ross, I am a friend and coworker of Sarmad's father, Mohammed Rafi. Initially, I only knew Sarmad through his father's stories about him. He was always expressing how proud he was of the man that his son has become and is becoming. He described an intelligent, kind, thoughtful, and compassionate individual who cared about his family, his friends and making a positive impact on his community and the world through his passion for politics.

When I first met Sarmad in person, the man that his father described and the man that I experienced was the same. I introduced him to my newborn son as he joined his father on a visit to drop off a gift to celebrate our new adventure as parents. I instantly felt that I could trust him, and for first time parents who can feel hesitant about who we trust around our young ones, that says a great deal about both his demeanor and his character.

His father has shared with me about all of his son's achievements, most of which had to do with being involved in and helping the community. This included the community work at Victoria Hospital, working with mentally ill patients, holding fundraisers to help students in need, and becoming a certified first aid responder where he would use his knowledge and experience to share with the public and even help to organize a program to allow for free emergency response training for fellow students at Western University.

He also shares in his fathers passion for poetry, both writing and reciting. There is a strength and deep love to their relationship, as well as respect and admiration on both sides.

The reason that I feel that sharing my perspective and experience with Sarmad and his father is valuable is because I know how much it matters to have a positive and loving support system to help you through challenging times. To help you become a better version of yourself and be there with you and for you when mistakes and bad decisions are made. They are there to help guide you towards a better future and want only the best for you.

I strongly believe that Sarmad has this strong support system of family and friends that will help to guide him in his upward aim in making a positive impact on his community. He has shown great remorse for his actions, as well as being proactive about serving his time thus far by reading books, exercising and engaging in healthy habits.

I have seen the devastating impact that his decision has had on his family and friends, as well as his own personal aspirations and goals and can only hope that the court can consider his time served thus far as a significant punishment for his actions and allow Sarmad to return to his path of helping others in the community.

Thank you for your time and consideration.

Sincerely,
Nick Ross

**Re: Sarmad Rafi; Case No. 2:25-cr-20224-NGE-DRG**

**June 24th 2025**

**Adair Janeiro Garcia-Rivera**

█████████████████

**The Honorable Nancy G. Edmunds**
 United States District Court
 231 W. Lafayette Blvd., Room 805
 Detroit, MI 48226

Dear Judge Edmunds,

I hope this letter finds you well. My name is Adair Janeiro Garcia-Rivera, I am a student at the University of Western Ontario who will be starting his 4th year in the coming fall term. I am writing to you regarding the case of Sarmad Rafi, and I wish to offer my support and perspective on his character. I have had the privilege of knowing Sarmad for the length of the past school year in my capacity as a friend as well as being an executive of the Western Firearms Association, a student run university club for which Sarmad was president of. Over this time, I have developed a deep respect and admiration for him, and it is with this understanding that I offer my thoughts.

I am fully aware of the legal circumstances surrounding Sarmad's case and the serious nature of the charges he faces. While I cannot minimize the gravity of what has occurred, I can speak to the type of person Sarmad is, which I believe is an important factor to consider when weighing his future.

I first met Sarmad a few weeks into the 2024 fall semester, as he approached me from his seat while representing his club during our university's clubs week. At the time I had just transferred from out of province to this new school and knew absolutely no one. Sarmad was beyond friendly and welcoming which made it very easy for me to connect to. I struggle a lot to talk to people I do not know but talking to him was like talking to an old friend. He invited me to join the club and so I did and eventually I even joined him as an executive member. It was through his kindness that I finally was able to find other people with similar interests as mine and finally start to make new friends and connections at this new institution. Over the weeks of working alongside him as a club executive I learned just how dedicated and committed he was. I have witnessed firsthand just how much time he took out of his personal day in order to run the university club  he was part of, often showing up to campus  several hours early to school just to set up our club's information booth for which we ran several times a week throughout the semester. The information booth allowed us to promote our events and while I was there I saw  him talking to the students and teachers alike, successfully creating  meaningful connections with potential new club members as well as keeping up with the current members that walked by. I was always impressed as to just how many names he was able to remember, whereas someone like me consistently forgot most if not all of the students passing by simply due to the quantity. Sarmad also made sure to keep well informed as to be able to answer any and all questions that were thrown his way. From the time I spent helping  him with the information booth he was unable to answer questions only a handful of times, and any time he

did so he made sure to research it and reach out to the person who asked once he knew the answer. He did this and much more as president of the club, all while keeping up with his academics, which I was and still am very much impressed by. He has always demonstrated maturity and a strong moral compass, and I know that this incident does not reflect the core of who he is as a person. In the time we have known each other, I have always been impressed by his dedication and kindness, as he was a very welcoming friend to someone like me, a transfer student from another school. Sarmad's dedication and kindness are truly some qualities that made him, at least to me, someone I would look up to.

While I understand the seriousness of the charges against him, I hope the court will take into consideration Sarmad's positive character traits and his potential for rehabilitation. I believe that with the right support, Sarmad can continue his education and contribute to society in a meaningful way. As such, I respectfully ask that you consider allowing  him to come back to Canada in order to continue his studies for the coming term for which I am sure he is most eager to return to.

Thank you for your time and for considering this letter of support.

Respectfully yours,

Adair Janeiro Garcia-Rivera

US District Court Judge Nancy G. Edmunds
231 W. Lafayette Blvd., Room 805
Detroit, MI 48226

RE: Sarmad Rafi; Case Num. 2:25-cr-20224-NGE-DRG

Dear Judge Edmunds,

I am writing this letter to provide a personal character reference for Sarmad Rafi, in relation to the case currently before the court. My name is Cindy Cui, and I am entering my fourth year of mathematics at Western University. I first met Sarmad about a year and a half ago through the Western Firearms Association at the Inter-University Shooting Competition hosted by McMaster University. In the following year, he ran as President, and I was elected as Vice President of Communications. Over that time, I have come to admire his leadership and dedication, and we have grown into good friends, often chatting outside of club duties about life, work, and our shared interests.

The executive team and I found out about Sarmad's detainment in the U.S. the same day it happened. At first, I was in complete disbelief. I could not imagine Sarmad being involved in something this serious. After reviewing some court documents, I knew something felt off, but I kept trying to make sense of it. Maybe he was in a difficult financial situation or desperately needed the money: those were the initial thoughts that crossed my mind.

When I read the most recent court documents, I was upset, not just at what he had done, but also at the potential impact on our club's reputation—something the current executive team and generations of past leaders had worked so hard to build. It was disappointing, especially coming from someone who had contributed so much. He has been one of the most dedicated and passionate members of the club, pouring more time and energy into it than anyone else I've seen. That said, I do not believe that Sarmad is a bad person. Through our conversations over the phone, I genuinely think he understands the severity of his actions and deeply regrets them.

Sarmad made a serious mistake, one that could jeopardize his dream of attending medical school. Sometimes, people don't truly grasp the weight of their actions until they have to face the consequences. I don't excuse what he did, but I believe his intentions were not malicious, and that this experience will leave a lasting impact on him.

Sarmad has always been someone I could count on, as well as reliable, passionate, and incredibly hardworking, especially when it comes to initiatives within the club and around campus. He has consistently gone above and beyond to promote firearm education and create a strong sense of community within our club. During his presidency, he organized our first ever social event, which brought members together in a way we had not seen before. We grew to 269 members in the 2024-2025 academic year, nearly tripling last year's count of about 90. I remember one member sharing that it was the first time he truly felt like he belonged and had

made friends. This could not have happened without Sarmad's substantial dedication to fostering inclusion,connection, and community.

Sarmad's passion also extended to giving back. Under his leadership, we planned charitable initiatives, including future donations to veteran organizations, and made a historic $3,000 donation to our local shooting range. Thanks to his efforts, we had a record 90 students sign up for firearms safety courses, and, for the first time in club history, offered over $6,000 in reimbursements to make training more accessible for our members. Breaking down barriers to firearm education, especially for students, was a direct result of his leadership and drive.

Outside the club, Sarmad's interests in healthcare and charity work stand out. He routinely discussed his plans to apply to medical school and write the MCAT. He maintained a strong GPA and was always looking for ways to give back, whether by pursuing volunteer and research opportunities or by organizing meaningful events like the Stop the Bleed trauma workshop in partnership with the London Health Sciences Centre, which provided life-saving first-aid education to over 20 students free of charge. When he began looking into research roles, I helped him revise and polish his resume to support his applications, knowing how committed he was to making an impact in the healthcare space.

On a personal level, I have spent a lot of time running and promoting the club with Sarmad. We would talk about school, future plans, and the things we cared about. He's not just a great leader, but also a great friend and someone deeply committed to making a difference in whatever he does.

I truly hope that Sarmad is sentenced to time served or receives a prison term that allows for rehabilitation and the chance to rebuild his life. I believe he deserves the opportunity to return to his education and continue working toward a meaningful future. While accountability is important, I also believe in second chances, especially for someone who has the potential to grow from this and contribute positively to the world.

Sincerely,

Cindy Cui

June 30th, 2025



June 29, 2025


U.S. District Court Judge Nancy G. Edmunds

231 W. Lafayette Blvd., Room 805

Detroit, MI 48226

**Re: Sarmad Rafi; Case Num. 2:25-cr-20224-NGE-DRG**

Dear Honourable Judge Edmunds,

My name is Josh Muszka, and I am entering my fourth year of undergraduate studies at the University of Western Ontario. I met Sarmad during orientation week right before our first year began, and he has been present since the very beginning of this new and intimidating phase of my life. Immediately we clicked: we shared the same intellectual interests and hobbies, the same sense of humour and music tastes, and we were both passionate about our academic programs. Whether attending lectures together, debating history and politics, or playing a game of pool, Sarmad has been a defining influence throughout my university career.

Making new friends has never been easy for me, so as our friendship developed it meant a lot to me and continues to mean a lot to me to this day. But Sarmad has been far more than merely a source of companionship and a study partner. Throughout the years I have known him, his work ethic and encouragement have pushed me to improve myself and achieve academic and personal goals in ways I never would have imagined. He has always been there through every challenge and triumph, and as we've watched each other grow he has become my closest and most trusted friend.

A whole lot raced through my mind the night I found out about Sarmad's arrest. I felt scared that I may never see him again; I felt angry that he would risk throwing his life away over this senseless activity; and most of all, I felt disheartened that his actions had jeopardized the career he had been working tirelessly to build. He has already missed an entire semester of school and is facing the possibility of a prison sentence that would further interrupt his undergraduate studies and his dream of medical school. I do not excuse his actions, nor do I downplay their gravity, but I can tell he fully understands the consequences of what he has done.

In our conversations over the phone, he has expressed repeated remorse over the damage that his actions have caused, not only to his academic and career prospects but also the emotional and financial strain to his family and friends. From what I have gathered, he is deeply eager to return home and continue his studies. Since his arrest, he has entrusted me with his university account information, and we frequently discuss which courses he would like me to enroll him in for when he returns, how to prepare for life back in Canada, and even which textbooks to mail so he can study and learn new skills while detained. Though frustrated by the stagnation of life in jail, he nonetheless is using this period as opportunity to improve himself and best prepare for the future after his release.

Sarmad is the closest and most reliable friend I have ever had. He is a compassionate and intelligent individual determined to achieve the ambitious goals he sets for himself. As a friend, he has stuck with me through tough times like no other and has always been there when I needed him. As a fellow student, I have frequently observed him spending up to 12 hours on campus per day studying for exams, completing assignments, and reading textbook chapters for his health

science and psychology courses, all while working part-time at a sporting goods store in order to help support his family.

What stands out most is his willingness to channel his work ethic into helping out others. He has always been deeply passionate about healthcare and psychology, using his expertise to make a difference in his community. As a certified medical first responder with St. John Ambulance, a volunteer organization dedicated to first aid education and emergency services, Sarmad took pride in educating the public about medical topics. He helped organize and lead Stop the Bleed workshops, sponsored by the London Health Sciences Centre, which provided free emergency response training to fellow students at Western University. Sarmad was set to begin volunteering for St. Joseph's Hospital in London, Ontario, in March of this year until his arrest interrupted his plans. Additionally, he participated in charity food drives last year with the university's Schizophrenia Awareness Society and contributed to faculty outreach programs in Western's psychology department.

As president of the Western Firearms Association, Sarmad dedicated much of his free time to fostering community through responsible firearms education. His efforts have provided hundreds of students with a new hobby, creating opportunity for social connection while introducing safe shooting and firearm handling practices. Under his leadership, the club coordinated donations to veterans' organizations and our local shooting range, as well as organized and reimbursed dozens of students for Canadian Firearms Safety Courses and Canadian Restricted Firearms Safety Courses. Beyond his campus initiatives, Sarmad also committed himself to making an impact on the political landscape. He volunteered at polling stations during provincial and federal elections, and he has sacrificed countless evenings and weekends campaigning for local candidates.

I recognize that Sarmad exercised poor judgement in a serious federal matter, but these actions do not reflect the friend I have known for years. He remains the same principled, driven individual who has consistently demonstrated integrity in all other aspects of his life. His profound remorse is evident in his determination to grow from this experience and continue improving himself despite current circumstances. Sarmad has proven to be an invaluable asset to his community and is committed to making the world a better place through healthcare, volunteering, and public service. I respectfully hope that the court will consider his upstanding character and potential for rehabilitation, allowing him to learn from his actions, resume his education in time for the upcoming fall semester, and continue giving back to his community.

Sincerely,

Josh Muszka

2

Kelly Muszka



June 15, 2025

U.S. District Court Judge Nancy G. Edmunds
231 W. Lafayette Blvd., Room 805
Detroit, MI 48226

Re: Sarmad Rafi; Case Num. 2:25-cr-20224-NGE-DRG

Dear Honourable Judge Edmunds,

I am writing to offer my support for Sarmad Rafi, whom I have known for approximately three years through his close and longstanding friendship with my son. They met at the start of university, and since then Sarmad has been a regular and welcome presence in our lives. As someone who works in the social services field, where I often support individuals in crisis and transition, I have come to deeply value the traits that reflect strong moral character, accountability, and the potential for rehabilitation. I can say without hesitation that Sarmad demonstrates all of these.

I understand Sarmad has been charged in the United States with a serious federal offense – Smuggling Goods from the US. I do not take the nature of these charges lightly. That said, I believe his actions, though misguided and clearly wrong, do not define the person he is. Sarmad has responded to this situation with deep remorse and self-reflection – qualities that speak to the principled and conscientious individual I have come to know and highlight his character and capacity for growth.

From the beginning, I was impressed by Sarmad's maturity, intellect, and strong sense of purpose. I vividly recall the first time he came over for dinner – he was polite, thoughtful, and articulate, and I remember being genuinely struck by how confidently and respectfully he engaged in conversation. He spoke openly about his interests, his involvement in the community, and his long-term goal of pursuing a career in the medical field. I was truly astonished – not only by his poise, but the clarity of his ambition and his desire to make a difference. It is rare to encounter a young person so actively involved in civic and political life. Sarmad's willingness to engage in the democratic process – volunteering in elections, supporting local candidates, and participating in community initiatives – showcases his sense of responsibility and hope for a better society. This is a quality I believe should be fostered and encouraged.

Sarmad's career aspirations in the medical field reflect his genuine desire to serve others. I've heard countless stories from my son about Sarmad's commitment to his studies, his volunteer work, and his efforts to educate others through public health workshops. His leadership as president of the Western Firearms Association was marked by a focus on education, safety, and community impact.

What has stood out most to me is the influence Sarmad has had on my son. My son is an exceptional young man – disciplined, pragmatic, intellectually curious, and highly goal-oriented. He is also careful in the company he keeps. The fact that Sarmad is his closest friend speaks volumes. Their friendship has been marked by mutual respect, intellectual growth, and shared values and interests. Sarmad's ambition, work ethic, and kindness have made a lasting impression on both of us. While his actions in this case reflect a serious lapse in judgment, they stand in contrast to the thoughtful, principled, and community-minded individual I have come to know – someone whose character remains evident and whose potential for rehabilitation is clear.

As a mother, I view this situation with both empathy and perspective. Sarmad is not only a remarkable young man but also someone's son – raised with care, strong values, and a solid foundation. His family has endured the emotional strain of being unable to support him in person while he remains detained far from home. A return to Canada would allow him to be closer to his loved ones and within reach of the support network that has shaped him. I believe that proximity to his family and community would offer the stability and encouragement essential to his continued rehabilitation and personal growth.

I understand the importance of accountability, but also the value of second chances. Sarmad has already experienced the consequences of his actions – missing a semester of school, facing detention far from home, and enduring the weight of public and legal scrutiny. Despite all this, he has shown an unwavering commitment to returning to school, completing his education, and continuing his journey toward becoming a healthcare professional.

I respectfully ask the Court to consider Sarmad's exceptional character, the support he has from his community, and the genuine remorse he has expressed. Given these qualities, a sentence that allows for rehabilitation and the opportunity to resume his education in time for the fall 2025 semester would give him the structure and support needed to continue his growth. Sarmad is a young man of great promise, and I am confident that he will use this experience to grow into an even more thoughtful, contributing member of society.

Thank you for your time and consideration.

Respectfully,

Kelly Muszka

Michael William Quick

███████████████

███████████████

June 7, 2025

US District Court Judge Nancy G. Edmunds
231 W. Lafayette Blvd., Room 805
Detroit, MI 48226

Dear Judge Edmunds,

My name is Michael Quick, and I am writing this letter in support of Sarmad Rafi. I have been a very close friend of Sarmad for approximately three years, during which I have been able to gain a deep understanding of Sarmad's character. I have seen Sarmad's dedication to his friends, family, work, and education; it's for this that I feel an immense respect for Sarmad and a strong belief that he is a very good person.

I have an understanding of the trouble Sarmad is in. I recognize that he stands accused of smuggling goods from the United States and faces very serious consequences. This was a mistake that goes against who Sarmad is and who I know he still is to this day. I have not lost my respect for him, as I know he is still the good, dedicated person I know, and I want it to clear that he is a good person who has made a terrible mistake.

Sarmad has a strong connection with our local community and friend groups. He was involved in volunteer work at Parkwood Institute Mental Healthcare. He had compassion for those suffering from mental health crises and wanted to offer as much support as possible. This was challenging work that not many would willingly volunteer for, but Sarmad was dedicated to helping others. I can speak intimately on this matter, as he was there for me during the hardships I endured. Sarmad was always willing to go the extra mile to help anyone he could.

Sarmad was also very involved in school club activities, including taking the role of President for the Western University Firearms Club. This was a position that he was elected to by a group of peers, who collectively agreed that he was the person they believed to have the best qualities that a leader could have. Sarmad was chosen by all of us because we believed he was the most fit, and would work the hardest to serve the club well. He handled planning, ensuring the safety and education of members, and brought a club together through shared interests. He was very responsible with his approach to firearms; He focused on discipline, technical skills, and above all else, safety. The club struggled to regroup and ultimately went quiet following the loss of Sarmad, highlighting just how important he was to all of us.

Sarmad was a very mature person outside of school and work as well. He was never one to go out partying, nor was he interested in smoking or drug use. He was very focused on his health and made sure to follow his fitness goals. He would look out for others when we were out, ensuring everyone was okay and got home safely. He was always the first to offer a safe ride if someone needed it, or a phone to get an Uber or a parent.

It is very apparent just how serious the situation with Sarmad is right now. I understand the severity of the charges and I cannot excuse what happened and what he did. I've discussed in detail with him over the phone and it is clear to me that he understands the situation just as well. He

recognizes that he made a terrible mistake. I truly believe that this mistake does not define who he is as a person. I fully believe that Sarmad would never intentionally cause harm or act with malicious intent. He has a compassionate heart and strong values and still strives to make meaningful contributions to society. I am hopeful that any sentence he receives will still allow him the opportunity to continue his studies and rebuild himself. I am fully confident that he would take this opportunity and make the most of it. Sarmad is still young with a lot to come, and I know he will prove himself to be the great person I know he is.

Thank you for taking the time to read this letter. It means a lot to me, Sarmad's friends, his family, and the community that knows him and understands the good person he is.

Sincerely,

Michael Quick

**Nikolas Kapsalis**

█████████████

████████████████

Cell: 5198682435

**June 25, 2025**

To:

The Honorable Nancy G. Edmunds

United States District Court

231 W. Lafayette Blvd., Room 805

Detroit, MI 48226

**Re: Letter of Support for Sarmad Rafi – Case No. 2:25-cr-20224-NGE-DRG**

Dear Judge Edmunds,

My name is Nikolas Kapsalis, and I've known Sarmad Rafi for about three years now. We became good friends through university and work. Over time, I got to know him well, and I wanted to write this letter because I care deeply about him and believe he's a genuinely good person who has made a real and lasting impact on the people around him. Despite this very stupid mistake, which I feel is not at all within his character, I still heavily respect Sarmad and believe that your perspective of him might not properly align with who he really is.

On a personal level, Sarmad is someone who brings warmth and comfort into a room. He's outgoing and easy to talk to, the type of person who can strike up a friendly conversation with just about anyone, anywhere. He made people feel welcome and understood, no matter who

they were. When his mugshot was released, it was genuinely upsetting for me and my family.

My mom actually got emotional seeing it. She said it didn't even look like the young man she

had seen sitting at our dining room table so many times. It was hard to reconcile that image with

the Sarmad who had spent so much time with us, always polite, always respectful, always kind.

Sarmad has genuine care for his community a while back, I had helped Sarmad get

involved in volunteering at Parkwood Institute Mental Healthcare. It wasn't something he was

doing to fill in hours or make himself look good on paper. He genuinely wanted to contribute.

Mental health is something that mattered to him, and when he heard about my experience

volunteering there, he asked how he could help and get involved too. That really stood out to me

because it's not easy work, and not everyone is willing to step into those kinds of environments,

but Sarmad didn't hesitate. He wanted to be part of something that helped people, and that says a

lot about his character.

Sarmad is also one of the most academically driven people I've ever known. There were

countless afternoons and evenings where he'd come over to my house just to sit at the dining

table and study. He liked our quiet, focused atmosphere and would bring over his textbooks,

especially for his psychology courses. He'd sometimes be there for hours, completely immersed

in his work. His work ethic and discipline were impressive, especially at an age when a lot of

people are still figuring themselves out. He had a clear sense of purpose and direction, and I

always admired that about him.

He also played a major role in running the Western University Firearms Club. When I say

he ran it, I mean he really kept the whole thing together. He was the driving and organizational

force behind the club's structure and activities. He handled planning, made sure people were

properly educated on safety protocols, and brought people together around a shared interest. His approach to firearms was thoughtful and responsible. It was a hobby rooted in discipline, technical skill, and community, not something reckless or dangerous. After he was detained, the club more or less fell apart. That showed just how much it had depended on him.

Sarmad's lifestyle also reflected a lot of maturity and discipline. He didn't party, didn't smoke or use drugs, and he rarely drank more than a single beer in a night. He was conscious of his health, made time to go to the gym regularly, and was serious about staying on track academically and personally. Even in social situations, he was usually the one looking out for others. He would check in, make sure people got home safe, and was never the one pushing boundaries or acting silly.

He also cared about broader issues and was engaged politically. He volunteered with a Conservative candidate, Ned Kuruc, in Hamilton. He canvassed door to door and put in the effort because he believed in what he was doing. It wasn't just about politics it was about civic engagement. He believed in the importance of people participating in their communities, and that volunteering was one way he could do that.

I know the situation Sarmad is in right now is serious. I understand the gravity of the charges, and I'm not trying to excuse what happened and what he did. I've spoken with him about it over the phone. I know he takes it seriously and understands that he made a terrible mistake. But I believe, wholeheartedly, that this mistake does not define who he is as a person. The Sarmad I know is not someone who would ever intentionally cause harm or act with bad intentions. He is someone with a good heart, strong values, and so much potential to still make a meaningful contribution in the world.

I truly hope that any sentence he receives allows him a chance to return to school and rebuild. I am certain he will take full advantage of that opportunity. He is still young, and he still has a lot to offer. I know he will work hard to prove himself and grow from this.

Thank you for taking the time to read this. It means a lot to me, and to everyone who knows Sarmad and believes in the real person he is.

Sincerely,

Nikolas Kapsalis

*Nikolas Kapsalis*