UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                CRIMINAL NO. 25-CR-20224

v.

                                      HON. NANCY G. EDMUNDS

SARMAD RAFI,

        Defendant.
_____/

GOVERNMENT'S PROPOSED EXHIBITS FOR SENTENCING

| 1. | Rafi's body armor purchases |
|----|------------------------------|
| 2. | Rafi's United States – Canada travel history |