| 1. To (Name, Address, City, State, Zip Code)<br>RMA Armament<br>22800 Dewey Rd<br>Centerville, Iowa 52544<br>United States | DEPARTMENT OF HOMELAND SECURITY<br><br>**SUMMONS**<br><br>To Appear and/or Produce Records<br>19 U.S.C. § 1509 |
|---|---|
| Summons Number: HSI-DT-2025-023175-006 | |

By the service of this summons upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

| (A) | ☐ | **APPEAR** before the U.S. Customs and Border Protection (CBP) Officer or U.S. Immigration and Customs Enforcement (ICE) Special Agent named in Block 2 at the place, date, and time indicated to testify and give information. |
|---|---|---|
| (B) | ☒ | **PRODUCE** the records (including statements, declarations, and other documents) indicated in Block 3 before the CBP Officer or ICE Special Agent named in Block 2 at the place, date, and time indicated. |

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry to ascertain the correctness of entries, to determine the liability for duties, taxes, fines, penalties, or forfeitures, and/or to ensure compliance with the laws or regulations administered by CBP and ICE.

Failure to comply with this summons will render you liable to proceedings in a U.S. District Court to enforce compliance with this summons as well as other sanctions.

| 2. (A) CBP Officer or ICE Special Agent | | | (B) Date and Time |
|---|---|---|---|
| Name<br>Title<br>Address | ■ | Telephone ■ | 1/20/2025 8:00 AM |

3. Records required to be produced for inspection

Please see attached continuation page.

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede the investigation and thereby interfere with the enforcement of federal law.*

Issued under authority of section 509, Tariff Act of 1930, as amended by Pub. L. No. 95-410 (19 U.S.C. § 1509); 44 F.R. 2217; Homeland Security Act of 2002.

| 4. Name of person authorized to service this summons or any other CBP Officer or ICE Special Agent Shadi Elreda | 5. Date of issue - 1/6/2025 4:02 PM EST<br><br>By: *signature* |
|---|---|
| *DHS Seal*<br><br>If you have any questions regarding this summons, contact the CBP Officer or ICE Special Agent identified in Block 2 | 6. Name, title, address, and telephone number of person issuing this summons<br><br>Name<br>Title<br>Address ■<br><br>Telephone ■ |

Digitally Signed by: 'E=Title-IIISupport@ice.dhs.gov, CN=Homeland Security Investigations, O=Homeland Security Invest
Date: 2025.01.06 21:03:25 +00:00

HSI Form 3115 (10/24)                                                                                      Page 2 of 4

| 1. To (Name, Address, City, State, Zip Code)<br>RMA Armament<br>22800 Dewey Rd<br>Centerville, Iowa 52544<br>United States | DEPARTMENT OF HOMELAND SECURITY<br><br>**SUMMONS (Continuation)**<br><br>To Appear and/or Produce Records<br>19 U.S.C. § 1509 |
|---|---|

Summons Number: HSI-DT-2025-023175-006

3. Records required to be produced for inspection (continued)

The following applies if checked:

☐ **Child Exploitation**: This subpoena is in regard to an investigation involving Child Exploitation and/or transmission of Child Pornography via the internet. Please do not disclose/notify the user of the issuance of this subpoena. Disclosure to the user could impede an investigation or obstruct justice.

Pursuant to an active investigation being conducted by Homeland Security Investigations (HSI), please provide any and all order related to the below subject(s). Specifically, please provide the following: (1) transaction dates including purchase orders/invoices, (2) method of payment (including credit card and/or bank account numbers), (3) any and all order details (including Make, Model, Caliber, and Serial number for all items), (4) any attachments included with the purchase to include optics, grips, triggers, slides, NFA items, magazines, and other relevant attachments, (5) any and all communications to include email correspondence,
(6) any and all account information, (7) any and all individuals with ability to make orders, receive orders, and or modify orders, (8) and where purchases are shipped to from the following subjects and/or their business from account creation to 01/06/2025:

Subject: Sarmad RAFI
Subject: Sam R
2540 Lapeer Rd #47562, Port Huron, MI 48060
Phone: 647-853-3829
Email: zvednya@protonmail.com

Agent to issue

**Method of Response:**

Preferred:

Return the requested records in an accessible data file format such as ".XLS", ".CSV", ".TXT", or ".PDF". The data file(s) should be delivered via e-mail to Criminal Analyst Matthew-Mina Hanna ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

NOTE: The ICE e-mail system limits incoming messages containing file attachments to 10 MB. For larger files send the summons response in multiple e-mail messages.

Alternates:

The records should be delivered to Criminal Analyst Matthew-Mina Hanna at U.S. Immigration and Customs Enforcement; 477 Michigan Avenue - Patrick V. McNamara Federal Building, Detroit, MI, 48226

If you have questions, please contact Special Agent Shadi Elreda ▉▉▉▉▉▉▉▉

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede the investigation and thereby interfere with the enforcement of federal law.*

**END OF DOCUMENT**

◨ Outlook

**[RMA Armament - The King of Armor]: New order #98822**

From RMA Armament <admin@rmadefense.com>
on behalf of
RMA Defense Orders <orders@rmadefense.com>
Date Wed 12/20/2023 9:28 PM
To Adam Ruff <adam@rmadefense.com>; RMA Defense Sales <sales@rmadefense.com>; Eliott Kroll <eliott@rmadefense.com>

## New Customer order from RMA Estore

You've received the following order from Sarmad Rafi:

### [Order #98822] (December 20, 2023)

| Product | Quantity | Price |
|---|---|---|
| Level IV Body Armor Plate (Model #1155mc) **Multi-Curve** - 10x12 SAPI Cut<br>Plate Cut: 10x12 SAPI Cut | 2 | $339.18 |
| **Subtotal:** | | $339.18 |
| **Coupons:** | | |
| **Shipping:** | | $19.98 via Flat rate |
| **Payment method:** | | PayPal |
| **Total:** | | $359.16 (includes $19.20 State Use Tax) |

**Billing address**

Sarmad Rafi
2540 Lapeer Rd
#47562
Port Huron, MI 48060
16478533829
sarmadrafi@outlook.com

**Shipping address**

Sarmad Rafi
2540 Lapeer Rd
#47562
Port Huron, MI 48060

Congratulations on the sale.

Process your orders on the go. Get the app.

RMA Defense – Stronger. Lighter. More Affordable.

Please Do Not Reply to this Email. It is an auto-send address.

## Order #98822 details

Payment via PayPal (14925969L8468744M). Paid on December 20, 2023 @ 9:28 pm. Customer IP: 72.53.205.7

### General

**Date created:** 2023-12-20 @ 21 : 26

**Status:** Completed

**Customer:** Sarmad Rafi (#27203 – sarmadrafi@outlook.com)    Profile → View other orders →

Switch To

### Shipping

Sarmad Rafi
2540 Lapeer Rd
#47562
Port Huron, MI 48060

### Billing

Sarmad Rafi
2540 Lapeer Rd
#47562
Port Huron, MI 48060

**Email address:** sarmadrafi@outlook.com

**Phone:** 16478533829

| Item | Cost | Qty | Total | State Use Tax |
|---|---|---|---|---|
| Level IV Body Armor Plate (Model #1155mc) **Multi-Curve** - 10x12 SAPI Cut<br>SKU: RMA-1155mc-10x12<br>Variation ID: 62126<br>**Plate Cut:** 10x12 SAPI Cut | $159.99 | × 2 | $319.98 | $19.20 |
| Flat rate<br>**Items:** Level IV Body Armor Plate (Model #1155mc) **Multi-Curve** - 10x12 SAPI Cut × 2 | | | $19.98 | $0.00 |

| | |
|---|---|
| Items Subtotal: | $319.98 |
| Shipping: | $19.98 |
| State Use Tax: | $19.20 |
| Order Total: | $359.16 |
| **Paid:** | **$359.16** |

Transaction details

## Payment received from Sarmad Rafi

| | | | |
|---|---|---|---|
| Date<br>December 20, 2023 at<br>9:28:41 PM CST | Transaction type<br>Checkout | Transaction ID<br>14925969L8468744M | Gross amount<br>$359.16 USD |
| Transaction status<br>Completed | Invoice ID<br>efbcea-98822 | Custom<br>98822 | |

### Shipping address

Sarmad Rafi
2540 Lapeer Rd
#47562
Port Huron, MI 48060
UNITED STATES
Confirmed

Seller protection
Eligible

Eligible when you ...
Ship to the address on this page.
Save your tracking or shipping info.
Follow the requirements for seller protection.

### Tracking Information

Add the tracking info for your physical packages to keep things organized and help you benefit from seller protection. It is a win-win.

### Order details

| Item ID | Item name | Quantity | Price | Subtotal |
|---|---|---|---|---|
| Item # RMA-1155mc-10x12 | Level IV Body Armor Plate (Model #1155mc) **Multi-Curve** - 10x12 SAPI Cut | 2 | $159.99 USD | $319.98 USD |
| **Purchase Total** | | | | **$319.98 USD** |

### Amount details

| Item | Subtotal |
|---|---|
| Purchase Total | $319.98 USD |
| Sales Tax | $19.20 USD |
| Shipping Amount | $19.98 USD |
| Handling Amount | $0.00 USD |
| Insurance Amount | $0.00 USD |
| **Gross Amount** | **$359.16 USD** |
| **PayPal Fee** | **-$16.10 USD** |
| **Net Amount** | **$343.06 USD** |

Refund Information - Please accept or refuse this payment. If you accept this payment now and need to refund it later, the Issue a Refund link will be available on the transaction details page for 180 days after the payment was originally sent.

Reversals - Please be aware that this payment can still be reversed (e.g. if it is subject to a chargeback), even after you have sent the item(s) to your buyer. Complying with PayPal's Seller Protection and following the trading guidelines on our Security page helps to protect you from things like chargebacks.

### Customer details

Paid by
Sarmad Rafi
zvednya@protonmail.com
**The sender of this payment is Non-US - Verified**

Need help?  Go to the Resolution Center for help with this transaction, to settle a dispute or to open a claim.



RMA Armament, Inc.
22800 Dewey Road
Centerville IA 52544
United States

King of Armor

# Packing Slip

| Date | Ref No. |
|---|---|
| 12/21/2023 | 98822 |

**Ship To**
Sarmad Rafi
2540 Lapeer Rd
#47562
Port Huron MI 48060
United States

| | Description | Ordered |
|---|---|---|
| RMA-1155mc-10x12 | Level IV 1155 Armor Plate, Multi-Curve, SAPI Cut, 10"W X 12"H, 8.2 lbs. NIJ Compliant, 10 Year Warranty<br>EXPORT WARNING: Level IV armor plates are ITAR controlled and may not be transferred to non-US persons in the United States or exported without prior written approval of the U.S. Department of State. | 2 |
| Customer Note: | | |
| **Check us out on Google and leave a review !** | Shipping Quality Check By: | Shipping Quality Check Date:<br>12/21/2023 |

Your items have been quality checked before leaving the factory. Please call 866-978-7103 with any questions or concerns - RMA Team

***DUE TO THE LIFE-SAVING NATURE OF THIS PRODUCT, ALL SALES ARE FINAL***
THANK YOU !!

Lot/Serial Numbers

23920220233420065

23920220233420066

1 of 1

## Email Message

[ Reply ]  [ Reply to All ]  [ Forward ]  [ Preview ]   StickyNotes   New: ☐ ☐ ☐

DATE & TIME
12/21/2023 6:40 am

Recipients    **Message**    Attachments    Read Receipts

SUBJECT
RMA Armament: Your order no. 23-173284 has been fulfilled

MESSAGE

Thank you for your purchase.
Your Order Number Shipped on 12/21/2023.
Your UPS tracking number is: 1ZXW35910390379039

If you have any questions, please contact us by phone at 866-978-7103 or by email at customerservice@rmadefense.com.

Important Notice: This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by reply email and destroy or delete all copies of the message, including any attachments. Additionally, This material may contain technical data subject to the International Traffic in Arms Regulations, ITAR (22 CFR Part 120) or the Export Administration Regulations, EAR (15 CFR730-774). The transfer or disclosure of this information in violation of either the ITAR or EAR is prohibited under federal law.

[ Reply ]  [ Reply to All ]  [ Forward ]  [ Preview ]

**Outlook**

---

**[RMA Armament - The King of Armor]: New order #107703**

---

**From** RMA Armament <admin@rmadefense.com>
on behalf of
RMA Defense Orders <orders@rmadefense.com>
**Date** Tue 4/16/2024 11:24 PM
**To** Adam Ruff <adam@rmadefense.com>; RMA Defense Sales <sales@rmadefense.com>; Eliott Kroll <eliott@rmadefense.com>

## New Customer order from RMA Estore

You've received the following order from Sarmad Rafi:

### [Order #107703] (April 16, 2024)

| Product | Quantity | Price |
|---|---|---|
| Level IV Body Armor Plate (Model #1155mc) **Multi-Curve** - 10x12 SAPI Cut | 4 | $763.16 |
| Plate Cut: 10x12 SAPI Cut | | |
| **Subtotal:** | | $763.16 |
| **Coupons:** | | |
| **Shipping:** | | $39.96 via Flat rate |
| **Payment method:** | | PayPal |
| **Total:** | | $803.12 (includes $43.20 State Use Tax) |

**Billing address**

Sarmad Rafi
2540 Lapeer Rd
#47562
Port Huron, MI 48060
16478533629
sarmadrafi@outlook.com

**Shipping address**

Sarmad Rafi
2540 Lapeer Rd
#47562
Port Huron, MI 48060

Congratulations on the sale.

Process your orders on the go. Get the app.

RMA Defense – Stronger. Lighter. More Affordable.

Please Do Not Reply to this Email. It is an auto-send address.

## Order #107703 details

Payment via PayPal (57735807MX871190C). Paid on April 16, 2024 @ 11:23 pm. Customer IP: 198.54.132.254

**General**

Date created:
2024-04-16  @  23 : 23

Status:
Completed

Customer:     Profile → View other orders →
Sarmad Rafi (#27203 – sarmadrafi@outlook.com)   ×

Switch To

**Billing**

Sarmad Rafi
2540 Lapeer Rd
#47562
Port Huron, MI 48060

Email address:
sarmadrafi@outlook.com

Phone:
16478533829

PayPal email address:
zvednya@protonmail.com

**Shipping**

Sarmad Rafi
2540 Lapeer Rd
#47562
Port Huron, MI 48060

| Item | Cost | Qty | Total | State Use Tax |
|---|---|---|---|---|
| Level IV Body Armor Plate (Model #1155mc) **Multi-Curve** - 10x12 SAPI Cut<br>SKU: RMA-1155mc-10x12<br>Variation ID: 62126<br>Plate Cut: 10x12 SAPI Cut | $179.99 | × 4 | $719.96 | $43.20 |
| Flat rate<br>**Items:** Level IV Body Armor Plate (Model #1155mc) **Multi-Curve** - 10x12 SAPI Cut × 4 | | | $39.96 | $0.00 |

|  |  |
|---|---|
| Items Subtotal: | $719.96 |
| Shipping: | $39.96 |
| State Use Tax: | $43.20 |
| Order Total: | $803.12 |
| **Paid:** | **$803.12** |

Transaction details

## Payment received from Sarmad Rafi

| | | | |
|---|---|---|---|
| Date<br>April 16, 2024 at 11:23:50 PM CDT | Transaction type<br>Checkout | Transaction ID<br>57735807MX871190C | Gross amount<br>$803.12 USD |
| Transaction status<br>Completed | Invoice ID<br>efbcea-107703 | Custom<br>107703 | |

### Shipping address

Sarmad Rafi
2540 Lapeer Rd
#47562
Port Huron, MI 48060
UNITED STATES
Confirmed

Seller protection
Eligible

Eligible when you ...
Ship to the address on this page.
Save your tracking or shipping info.
Follow the requirements for seller protection.

### Tracking Information

Add the tracking info for your physical packages to keep things organized and help you benefit from seller protection. It is a win-win.

### Order details

| Item ID | Item name | Quantity | Price | Subtotal |
|---|---|---|---|---|
| Item # RMA-1155mc-10x12 | Level IV Body Armor Plate (Model #1155mc) **Multi-Curve** - 10x12 SAPI Cut | 4 | $179.99 USD | $719.96 USD |
| **Purchase Total** | | | | **$719.96 USD** |

### Amount details

| Item | Subtotal |
|---|---|
| Purchase Total | $719.96 USD |
| Sales Tax | $43.20 USD |
| Shipping Amount | $39.96 USD |
| Handling Amount | $0.00 USD |
| Insurance Amount | $0.00 USD |
| **Gross Amount** | **$803.12 USD** |
| PayPal Fee | -$35.64 USD |
| **Net Amount** | **$767.48 USD** |

Refund Information - Please accept or refuse this payment. If you accept this payment now and need to refund it later, the Issue a Refund link will be available on the transaction details page for 180 days after the payment was originally sent.

Reversals - Please be aware that this payment can still be reversed (e.g. if it is subject to a chargeback), even after you have sent the item(s) to your buyer. Complying with PayPal's Seller Protection and following the trading guidelines on our Security page helps to protect you from things like chargebacks.

### Customer details

Paid by
Sarmad Rafi
zvednya@protonmail.com
**The sender of this payment is Non-US - Verified**

Need help?  Go to the Resolution Center for help with this transaction, to settle a dispute or to open a claim.



RMA Armament, Inc.
22800 Dewey Road
Centerville IA 52544
United States

King of Armor

# Packing Slip

| Date | Ref No. |
|---|---|
| 4/17/2024 | 107703 |

**Ship To**
Sarmad Rafi
2540 Lapeer Rd
#47562
Port Huron MI 48060
United States

| | Description | Ordered |
|---|---|---|
| RMA-1155mc-10x12 | Level IV 1155 Armor Plate, Multi-Curve, SAPI Cut, 10"W X 12"H, 8.2 lbs. NIJ Compliant, 10 Year Warranty<br>EXPORT WARNING: Level IV armor plates are ITAR controlled and may not be transferred to non-US persons in the United States or exported without prior written approval of the U.S. Department of State. | 4 |
| Customer Note: | | |

| **Check us out on Google and leave a review !** | Shipping Quality Check By: | Shipping Quality Check Date:<br>4/17/2024 |
|---|---|---|

Your items have been quality checked before leaving the factory. Please call 866-978-7103 with any questions or concerns - RMA Team

***DUE TO THE LIFE-SAVING NATURE OF THIS PRODUCT, ALL SALES ARE FINAL***
THANK YOU !!

Lot/Serial Numbers

23944220240720016

23944220240720093

23944220240720025

23944220240720050

1 of 1

## Email Message

Reply | Reply to All | Forward | Preview | StickyNotes  New: ☐ ☐ ☐

DATE & TIME
4/17/2024 9:29 am

Recipients    Message    Attachments    Read Receipts

SUBJECT
RMA Armament: Your order no. has been fulfilled

MESSAGE

Thank you for your purchase.
Your Order Number Shipped on 4/17/2024.
Your UPS tracking number is: 1ZXW35910392401045

If you have any questions, please contact us by phone at 866-978-7103 or by email at customerservice@rmadefense.com.

Important Notice: This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by reply email and destroy or delete all copies of the message, including any attachments. Additionally, This material may contain technical data subject to the International Traffic in Arms Regulations, ITAR (22 CFR Part 120) or the Export Administration Regulations, EAR (15 CFR730-774). The transfer or disclosure of this information in violation of either the ITAR or EAR is prohibited under federal law.

Reply | Reply to All | Forward | Preview

**Outlook**

---

**[RMA Armament - The King of Armor]: New order #117284**

---

From RMA Armament <admin@rmadefense.com>
on behalf of
RMA Defense Orders <orders@rmadefense.com>
Date Sat 5/25/2024 3:28 PM
To Adam Ruff <adam@rmadefense.com>; RMA Defense Sales <sales@rmadefense.com>; Eliott Kroll <eliott@rmadefense.com>

# New Customer order from RMA Estore

You've received the following order from Sarmad Rafi:

### [Order #117284] (May 25, 2024)

| Product | Quantity | Price |
|---|---|---|
| Level IV Body Armor Plate (Model #1155mc) **Multi-Curve** - 10x12 SAPI Cut | 2 | $317.98 |
| Plate Cut: 10x12 SAPI Cut | | |
| **Subtotal:** | | $317.98 |
| **Coupons:** | | |
| **Shipping:** | | $19.98 via Flat rate |
| **Payment method:** | | PayPal |
| **Total:** | | $337.96 (includes $18.00 State Use Tax) |

**Billing address**

Sarmad Rafi
2540 Lapeer Rd
#47562
Port Huron, MI 48060
16478533829
zvednya@protonmail.com

**Shipping address**

Sarmad Rafi
2540 Lapeer Rd
#47562
Port Huron, MI 48060

Congratulations on the sale.

Process your orders on the go. Get the app.

RMA Defense – Stronger. Lighter. More Affordable.

Please Do Not Reply to this Email. It is an auto-send address.

## Order #117284 details

Payment via PayPal (66408904TG997203A). Paid on May 25, 2024 @ 3:28 pm. Customer IP: 198.54.132.108

### General

**Date created:**
2024-05-25 @ 15 : 28

**Status:**
Completed

**Customer:**
Sarmad Rafi (#27203 – sarmadrafi@outlook.com)

Profile → View other orders →

Switch To

### Billing

Sarmad Rafi
2540 Lapeer Rd
#47562
Port Huron, MI 48060

**Email address:**
zvednya@protonmail.com

**Phone:**
16478533829

**PayPal email address:**
zvednya@protonmail.com

### Shipping

Sarmad Rafi
2540 Lapeer Rd
#47562
Port Huron, MI 48060

| Item | | Cost | Qty | Total | State Use Tax |
|---|---|---|---|---|---|
| | Level IV Body Armor Plate (Model #1155mc) **Multi-Curve** – 10x12 SAPI Cut<br>SKU: RMA-1155mc-10x12<br>Variation ID: 62126<br>**Plate Cut:** 10x12 SAPI Cut | $149.99 | × 2 | $299.98 | $18.00 |
| Flat rate | | | | $19.98 | $0.00 |
| **Items:** | Level IV Body Armor Plate (Model #1155mc) **Multi-Curve** – 10x12 SAPI Cut × 2 | | | | |

| | |
|---|---|
| Items Subtotal: | $299.98 |
| Shipping: | $19.98 |
| State Use Tax: | $18.00 |
| Order Total: | $337.96 |
| **Paid:** | **$337.96** |

Transaction details

### Payment received from Sarmad Rafi

| | | | |
|---|---|---|---|
| Date<br>May 25, 2024 at 3:28:31 PM CDT | Transaction type<br>Checkout | Transaction ID<br>66408904TG997203A | Gross amount<br>$337.96 USD |
| Transaction status<br>Completed | Invoice ID<br>efbcea-117284 | Custom<br>117284 | |

### Shipping address

Sarmad Rafi
2540 Lapeer Rd
#47562
Port Huron, MI 48060
UNITED STATES
Confirmed

Seller protection
Eligible

Eligible when you ...
Ship to the address on this page.
Save your tracking or shipping info.
Follow the requirements for seller protection.

### Tracking Information

Add the tracking info for your physical packages to keep things organized and help you benefit from seller protection. It is a win-win.

### Transaction Activity

| Date | Type | Details | Gross amount | Fee amount | Net amount |
|---|---|---|---|---|---|
| May 25, 2024 | Payment to PayPal Working Capital | | -$80.69 USD | $0.00 USD | -$80.69 USD |

### Order details

| Item ID | Item name | Quantity | Price | Subtotal |
|---|---|---|---|---|
| Item # RMA-1155mc-10x12 | Level IV Body Armor Plate (Model #1155mc) **Multi-Curve** - 10x12 SAPI Cut | 2 | $149.99 USD | $299.98 USD |
| **Purchase Total** | | | | **$299.98 USD** |

### Amount details

| Item | Subtotal |
|---|---|
| Purchase Total | $299.98 USD |
| Sales Tax | $18.00 USD |
| Shipping Amount | $19.98 USD |
| Handling Amount | $0.00 USD |
| Insurance Amount | $0.00 USD |
| **Gross Amount** | **$337.96 USD** |
| PayPal Fee | -$15.17 USD |
| **Net Amount** | **$322.79 USD** |

Refund Information - Please accept or refuse this payment. If you accept this payment now and need to refund it later, the Issue a Refund link will be available on the transaction details page for 180 days after the payment was originally sent.

Reversals - Please be aware that this payment can still be reversed (e.g. if it is subject to a chargeback), even after you have sent the item(s) to your buyer. Complying with PayPal's Seller Protection and following the trading guidelines on our Security page helps to protect you from things like chargebacks.

### Customer details

Paid by
Sarmad Rafi
zvednya@protonmail.com
**The sender of this payment is Non-US - Verified**

Need help? Go to the Resolution Center for help with this transaction, to settle a dispute or to open a claim.



RMA Armament, Inc.
22800 Dewey Road
Centerville IA 52544
United States

King of Armor

# Packing Slip

| Date | Ref No. |
|---|---|
| 5/28/2024 | 117284 |

**Ship To**
Sarmad Rafi
2540 Lapeer Rd
#47562
Port Huron MI 48060
United States

| | Description | Ordered |
|---|---|---|
| RMA-1155mc-10x12 | Level IV 1155 Armor Plate, Multi-Curve, SAPI Cut, 10"W X 12"H, 8.2 lbs. NIJ Compliant, 10 Year Warranty<br>EXPORT WARNING: Level IV armor plates are ITAR controlled and may not be transferred to non-US persons in the United States or exported without prior written approval of the U.S. Department of State. | 2 |
| Customer Note: | | |

| **Check us out on Google and leave a review !** | Shipping Quality Check By: | Shipping Quality Check Date:<br>5/28/2024 |
|---|---|---|

Your items have been quality checked before leaving the factory. Please call 866-978-7103 with any questions or concerns - RMA Team

***DUE TO THE LIFE-SAVING NATURE OF THIS PRODUCT, ALL SALES ARE FINAL***
THANK YOU !!

Lot/Serial Numbers

23950020241140133

23950020241140132

# Email Message

[ Reply ]  [ Reply to All ]  [ Forward ]  [ Preview ]    StickyNotes  New: ☐ ☐ ☐

DATE & TIME
5/28/2024 11:14 am

Recipients   **Message**   Attachments   Read Receipts

SUBJECT
RMA Armament: Your order no. has been fulfilled

MESSAGE

Thank you for your purchase.
Your Order Number Shipped on 5/28/2024.
Your UPS tracking number is: 1ZXW35910395693289

If you have any questions, please contact us by phone at 866-978-7103 or by email at customerservice@rmadefense.com.

Important Notice: This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by reply email and destroy or delete all copies of the message, including any attachments. Additionally, This material may contain technical data subject to the International Traffic in Arms Regulations, ITAR (22 CFR Part 120) or the Export Administration Regulations, EAR (15 CFR730-774). The transfer or disclosure of this information in violation of either the ITAR or EAR is prohibited under federal law.

[ Reply ]  [ Reply to All ]  [ Forward ]  [ Preview ]