

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

02/07/2025 10:51 EST                                                                                       Page 1 of 2



**CASE OPENED**
1/3/2025

**CURRENT CASE TITLE**
SARMAD RAFI, et al.

**REPORT TITLE**
Border Crossing History: Sarmad RAFI

**SYNOPSIS**



This report of investigation will document border crossing history of Sarmad RAFI.

**REPORTED BY**
Shadi Elreda
NO TITLE FOUND

**APPROVED BY**
Lisa Keith
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
1/7/2025

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| SARMAD RAFI, et al. | ▮ | 1/7/2025 |

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

02/07/2025 10:51 EST                                                                                         Page 2 of 2

## DETAILS OF INVESTIGATION

On January 6, 2025, Homeland Security Investigations (HSI) Detroit received information from the Ontario Provincial Police (OPP) who assisted in identifying Sarmad RAFI, date of birth (DOB) 7/23/2003. According to the information received by OPP, RAFI called Canadian law enforcement asking about shooting guns on "Crown Land" (Gov't owned). This call was on October 5,2024 and the number utilized by RAFI was 647-853-3829. This is the same phone number used on the purchase of M16 full auto parts. OPP further provided an associated address of 1588 Mcneil Place, London, ON. This is the same address associated with RAFI's SCC Parcel Pickup account.

On the same date, HSI Detroit Special Agent (SA) Shadi Elreda conducted law enforcement database queries for RAFI's border crossing history and discovered the following:

On 10/9/23 at 11:59hrs, RAFI entered the United States (U.S) through the Port Huron Blue Water Bridge. RAFI utilized Canda Passport # AR936871. RAFI departed the U.S on the same day.

On 12/30/23, RAFI entered the U.S through the Port Huron Blue Water Bridge at 13:34hrs. RAFI utilized Canda Passport # AR936871. RAFI departed the U.S on the same day. This arrival date corresponds with packages checked out from SCC Parcel Pickup on 12/30/23 (refer to ROI 002).

On 4/20/24, RAFI entered the U.S through the Port Huron Blue Water Bridge at 13:34hrs. RAFI utilized Canda Passport # AR936871. RAFI departed the U.S on the same day.

On 5/31/24, RAFI entered the U.S through the Port Huron Blue Water Bridge at 08:39hrs. RAFI utilized Canda Passport # AR936871. RAFI departed the U.S on the same day. This arrival date corresponds with packages checked out from SCC Parcel Pickup on 5/31/24 (refer to ROI 002).

On 8/9/24, RAFI entered the U.S through the Port Huron Blue Water Bridge at 08:55hrs. RAFI utilized Canda Passport # AR936871. RAFI departed the U.S on the same day. This arrival date corresponds with packages checked out from SCC Parcel Pickup on 8/9/24 (refer to ROI 002).

On 10/15/24, RAFI entered the U.S through the Port Huron Blue Water Bridge at 10:26hrs. RAFI utilized Canda Passport # AR936871. RAFI departed the U.S on the same day. This arrival date corresponds with packages checked out from SCC Parcel Pickup on 10/15/24 (refer to ROI 002).

This HSI Detroit investigation continues.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| SARMAD RAFI, et al. | DT03BR25DT0003-003 | 1/7/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.